JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: CV11-09478 MWF(FFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 10, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE